UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCY MILLER,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>               Defendant. | No. CV-12-3048-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 22. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Nancy A. Mishalanie represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 11. After considering the file, and proposed order,

**IT IS ORDERED:**

1. The parties Motion to Remand, **ECF No. 22,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall hold a new hearing and issue a new decision. In additional proceedings, the ALJ shall: (1) update the record and receive any additional

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

evidence plaintiff wishes to submit; (2) re-evaluate the medical opinions including those of Thomas McKnight, Ph.D.; (3) give further consideration to Plaintiff's substance abuse; (4) redetermine Plaintiff's residual functional capacity; (5) continue with the remaining steps of the sequential evaluation, obtaining supplemental vocational expert evidence regarding the erosion of the occupational based caused by Plaintiff's assessed limitations, if necessary.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 15,** is stricken as moot.

4. An application for attorneys fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED February 14, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE