1

2

3

4 UNITED STATES DISTRICT COURT

5 EASTERN DISTRICT OF WASHINGTON

6 MARCY MILLER,                                )
                                              )
7         Plaintiff,                          )
                                              )    NO.  CV-12-3048-CI
8      v.                                     )
                                              )    **JUDGMENT IN A**
9 MICHAEL J. ASTRUE,                          )     **CIVIL CASE**
  Commissioner of Social Security,            )
10                                            )
          Defendant.                          )
11 _____)

12

13 **STIPULATION BY THE PARTIES**:

        The parties have stipulated to the remand of the captioned matter pursuant to sentence four

14 of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that**:**

16      The matter is **REVERSED and REMANDED** for additional proceedings pursuant to

17 sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

18      DATED: February 14, 2013

19                                            SEAN McAVOY
                                              District Court Executive/Clerk
20

21                                            s/ L. Stejskal
                                              Deputy Clerk
22

23

24

25

26

27

28